UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                                :
CALLOWAY PAYNE,                                 :
                                                :       CASE NO. 1:11-CV-02446
          Petitioner,                           :
                                                :
vs.                                             :       OPINION & ORDER
                                                :       [Resolving Docs. 1, 7, 9]
DAVID BOBBY,                                    :
                                                :
          Respondent.                           :
                                                :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On November 10, 2011, Petitioner Calloway Payne filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254.[1] On February 24, 2012, the Government opposed Payne's petition.[2] Under Local Rule 3.1, the matter was referred to Magistrate Judge Kenneth S. McHargh. On January 28, 2013, Magistrate Judge McHargh issued a Report and Recommendation that recommended this Court deny Payne's petition.[3]

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[4] Parties must file any objections to a Report and Recommendation within fourteen days of service.[5]

---

[1] [Doc. 1.]
[2] [Doc. 7.]
[3] [Doc. 9.]
[4] 28 U.S.C. § 636(b)(1)(C).
[5] *Id.*; Fed. R. Civ. P. 72(b)(2).

Case No. 1:11-CV-02446
Gwin, J.

Failure to object within this time waives a party's right to appeal the district court's judgment.[6]  Absent objection, a district court may adopt the magistrate judge's report without review.[7]

In this case, Payne has not filed any objection to the Report & Recommendation. Moreover, having conducted its own review of the record and the parties' briefs, the Court agrees with the recommendation of Magistrate Judge McHargh that the petition should be dismissed.

Accordingly, the Court **ADOPTS** Magistrate Judge McHargh's Report and Recommendation and incorporates it fully herein by reference, and **DENIES** Payne's petition for a writ of habeas corpus. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and no basis exists upon which to issue a certificate of appealability.[8]

IT IS SO ORDERED.

Dated: February 21, 2013            s/  *James S. Gwin*
                                    JAMES S. GWIN
                                    UNITED STATES DISTRICT JUDGE

---

[6] *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).
[7] *See Thomas*, 474 U.S. at 149.
[8] 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).